# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3516
Lower Tribunal No. 2018-CA-008951-O

_____

PATRICK KINNEY, by and through STEFANI CEBALLOS, his Plenary Guardian,

Appellant/Cross-Appellee,

v.

HOLIDAY CVS, LLC,

Appellee/Cross-Appellant,

and

THE FRED C. MORRISON REVOCABLE TRUST DATED DECEMBER 20, 1994, KABREENA PAYNE, DERIK PAYNE, and CHERYL EDWARDS,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

May 26, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, GANNAM and KAMOUTSAS, JJ., concur.


Samuel Alexander and Michael J. Ellis, of Alexander Appellate Law, P.A., Jacksonville, for Appellant/Cross-Appellee.

Matthew W. Naparty and Adam J. Bobkin, of Mauro Lilling Naparty, LLP, Woodbury, New York, Pro Hac Vice, and R. Gavin MacKinnon and Gregory E. Jordan, of Goldberg Segalla, LLP, Orlando, for Appellee/Cross-Appellant, Holiday CVS, LLC.

Jeffrey A. Cohen, Paul L. Nettleton, and Katarina Dobsinska, of Carlton Fields, Miami, for Appellees, Kabreena Kayne and Derik Payne.

No Appearance for Appellees, The Fred C. Morrison Revocable Trust dated December 20, 1994, and Cheryl Edwards.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED